

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RODNEY HOJNOWSKI, JR., | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL NO. 06-CV-1228** |
| | : | |
| PRIMECARE MEDICAL, et al., | : | |
| **Defendants.** | : | |
| | : | |

**F I L E D**

APR 30 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 30th day of April 2009, upon consideration of the Motion for Summary Judgment of Defendant Grace Karrer [Doc. No. 70], the Motion for Summary Judgment of Defendant PrimeCare Medical, Inc.("PrimeCare") [Doc. No. 72], Plaintiff's Response [Doc. No. 73], Defendant PrimeCare's Reply [Doc. 74], Plaintiff's Sur-reply [Doc. No. 75], and all supplemental filings by the parties [Doc. Nos. 115, 116 & 117], it is hereby **ORDERED** as follows:

1. Defendant Grace Karrer's Motion for Summary Judgment [Doc. No. 70] is **GRANTED** and all claims against her are dismissed;

2. Defendant PrimeCare's Motion for Summary Judgment [Doc. No. 72] is **GRANTED** and all claims against it are dismissed;

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all claims.

The Clerk of Court is directed to mark this action closed for statistical purposes.

It is so **ORDERED**.

**BY THE COURT:**

CYNTHIA M. RUFE, J.